UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL HAYWARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06-CV-148-HEA |
| DRUCO RESTAURANTS, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED** as moot.[1]

**IT IS FURTHER ORDERED** that the Clerk shall **ADMINISTRATIVELY CLOSE** this action.

Dated this 20th day of November, 2006.

_____
**HENRY EDWARD AUTREY**
**UNITED STATES DISTRICT JUDGE**

---

[1] The complaint in the instant case is being transferred to plaintiff's previously-filed Title VII action, *Hayward v. Steak-N-Shake*, No. 1:06-CV-86-HEA (E.D. Mo.), and docketed as plaintiff's first amended complaint. On July 10, 2006, this Court granted plaintiff in forma pauperis status in said action, and thus, the instant motion is moot.